UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 3:13-00225 |
| | ) CHIEF JUDGE HAYNES |
| JUSTIN ROARK | ) |

*Handwritten annotation: Quash. This motion is granted. The hearing is reset for January 28, 2014 at 3:00 pm.*

## JOINT MOTION TO CONTINUE REVOCATION HEARING

Comes the defendant, Justin Roark, through undersigned counsel, and hereby requests the revocation hearing, presently scheduled for January 24, 2014, at 4 PM, be rescheduled for one week. As grounds for this request, undersigned counsel states that the parties have become aware of new allegations which should be investigated and discussed prior to proceeding in court on this matter. The parties request that this case be rescheduled for hearing on January 28, 2014, at a time suitable to the court's schedule

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org
Attorney for Justin Roark

s/ *William Lee Deneke*
William Lee Deneke
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203

### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Mariah A. Wooten*
Mariah A. Wooten